# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marlena Dotin, an individual, <br><br> Plaintiff, <br><br> v. <br><br> The Atlantic Group, Inc., a Day & Zimmerman Company, d/b/a DZ Atlantic, a Virginia corporation; Day & Zimmerman NPS, Inc. d/b/a DZ Atlantic, a Delaware corporation; Day & Zimmerman International, Inc. d/b/a DZ Atlantic, a Pennsylvania corporation., <br><br> Defendant. | Case No. 2:12-cv-00447-SRB <br><br> **ORDER GRANTING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the foregoing stipulation to dismiss with prejudice between Plaintiff and Defendants, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice between Plaintiff and Defendants, each party to bear their own attorneys' fees and costs incurred herein.

Dated this 9th day of October, 2012.

_____
Susan R. Bolton
United States District Judge